**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BOBBY LEE WHITE,

Plaintiff,

v. Case No. 3:22cv25412-MCR-HTC

ESCAMBIA COUNTY
SHERIFF'S OFFICE, et al.,

Defendants.
_______________________________/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 28, 2023 (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's

failure to prosecute and failure to comply with Court orders.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of July 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**